MARY E. REIDY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted June 4, 1906; decided June 12, 1906.)

Motion to amend remittitur by striking therefrom the provision for costs in both courts granted, without costs. (See 185 N. Y. 141.)

---

LOTTIE P. BILLINGHAM, Respondent, *v.* E. P. GLEASON MANUFACTURING COMPANY, Appellant.

(Submitted June 4, 1906; decided June 12, 1906.)

Motion to amend remittitur denied, with ten dollars costs. (See 185 N. Y. 598.)